No. 538. ST. LOUIS AND HANNIBAL RAILROAD COMPANY, *v.* MARY JACKMAN. Error to the Supreme Court of the State of Missouri. Motion to dismiss or affirm sub-

mitted June 1, 1925. Decided June 8, 1925. *Per Curiam.* Dismissed for want of jurisdiction, upon the authority of § 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Messrs. Daniel Bartlett, Thomas L. Philips* and *Matthew E. O'Brien* for defendant in error in support of the motion. *Messrs. J. D. Hostetler, George A. Mahan, Dulaney Mahan, J. H. Haley* and *Richard F. Ralph* for plaintiff in error in opposition to the motion.

---

PETITIONS FOR CERTIORARI GRANTED, FROM APRIL 14, 1925, TO AND INCLUDING JUNE 8, 1925.